UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
REGINAL POULARD,

                Petitioner,                              23 **CIVIL** 0791 (ER)

       -against-                                   **JUDGMENT**

GUY-MAX DELPHIN, DELPHIN
INVESTMENTS, LLC, and AMITIE
ALTERNATIVE CAPITAL PARTNERS,
LLC,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 16, 2024, Defendants' motion to dismiss Poulard's Second Amended Complaint is GRANTED. Accordingly, the case is closed.

**Dated**: New York, New York
         October 16, 2024

                                                          **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**

                              **BY:**
                                                          **Deputy Clerk**